■ LUIS A. BORDONY, an Infant, by His Father LUIS BORDONY, et al., v. CITY OF NEW YORK et al.— Motion for leave to appeal as poor persons denied with leave to renew the application for leave to appeal as poor persons upon a proper affidavit of merit. Said application is to be made returnable on the Motion Calendar of February 19, 1963. In the meantime, the stay contained in the order to show cause, dated December 18, 1962, is continued. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

■ In the Matter of SAMUEL R. ROSENBAUM, as Trustee, v. REPUBLIC CORPORATION et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before February 7, 1963, with notice of argument for February 19, 1963, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Rabin, Eager, Steuer and Noonan, JJ.

■ HANNAH COHEN v. HANNAH COHN.— Motion for a stay granted on condition that the appeal is argued or submitted on February 5, 1963. Concur — Botein, P. J., Breitel, Valente, McNally and Noonan, JJ.

■ In the Matter of the Arbitration between YOLANDE CORPORATION and MATTHEW SCHOENWALD, as Manager of Local 62.— Motion for a stay granted on condition that appellant procures the record on appeal and appellant's points to be served and filed on or before February 21, 1963 with notice of argument for March 5, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY TRIMBOLI.— Order of this court entered on November 15, 1962 is amended to the extent of striking therefrom the designation of Anthony F. Marra, Esq., as counsel to prosecute defendant's appeal and by substituting therefor William J. Hurley, Jr., Esq., of 1285 Avenue of the Americas, New York 19, N. Y., as such counsel. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ MARIA E. MULERO v. LUIS CELORIO.— Motion for an adjournment granted upon condition that respondent's points are served and filed on or before February 20, 1963, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.